IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND C. OWEN, | ) | 4:09CV3170 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Because the filing fee has already been paid in this case, Petitioner's motion is denied as moot.

    IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in forma pauperis (filing no. 2) is denied as moot.

September 1, 2009.      BY THE COURT:

    *Richard G. Kopf*
    United States District Judge